William J. Delany (*pro hac vice*)
wdelany@groom.com
M. Caroline Wood (*pro hac vice*)
cwood@groom.com
Colleen J. Harrison (*pro hac vice*)
charrison@groom.com
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington, DC 20006
Tel:  (202) 857-0620
Fax:  (202) 659-4503

William Bossen (SBA: 131438)
w.bossen@musickpeeler.com
**MUSICK, PEELER, & GARRETT LLP**
333 South Hope Street,
Suite 2900
Los Angeles, CA 90071
Tel:  (213) 629-7976
Fax:  (213) 624-1376

*Counsel for Defendant Lithia Motors, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID VENTURA,<br><br>Plaintiff,<br><br>v.<br><br>LITHIA MOTORS, INC.,<br><br>Defendant. | Case No. 2:26-cv-01786-HDV-RAO<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:        July 23, 2026<br>Time:        10:00AM PST<br>Courtroom:   5B, Fifth Floor<br>Judge:       Hon. Hernán D. Vera |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on July 23, 2026 at 10 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Hernán D. Vera, United States District Judge, Central District of California, located at 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, California 90012, Defendant Lithia Motors, Inc. ("Lithia") will, and hereby does, move the Court for an order dismissing this action in its entirety, with prejudice.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 21, 2026.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of M. Caroline Wood, the pleadings and papers filed in this action, and such further argument as may be offered at the hearing of this Motion.

WHEREFORE, Defendant Lithia respectfully requests, pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6), that the Court enter an order dismissing this action in its entirety, with prejudice.

Dated:  June 3, 2026

Respectfully submitted,

*/s/ William J. Delany*

**GROOM LAW GROUP, CHARTERED**

William J. Delany (*pro hac vice*)
wdelany@groom.com
M. Caroline Wood (*pro hac vice*)
cwood@groom.com
Colleen J. Harrison (*pro hac vice*)
charrison@groom.com
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503

1

**MUSICK, PEELER, & GARRETT LLP**

William Bossen (SBA: 131438)
w.bossen@musickpeeler.com
333 South Hope Street,
Suite 2900
Los Angeles, CA  90071
Tel:  (213) 629-7976
Fax:  (213) 624-1376

*Counsel for Defendant*

## <u>LOCAL RULE 7-3 ATTESTATION</u>

I certify that counsel for the parties met by videoconference on April 21, 2026, and thoroughly discussed each and every issue raised in the Motion and attempted in good faith to resolve the Motion in whole or in part.

Dated:  June 3, 2026

*/s/ William J. Delany*
William J. Delany

2